**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:17-cr-18-Orl-40KRS

NOOR ZAHI SALMAN
_____/

**ORDER**

This cause comes before the Court upon review of the United States' Notice Regarding the Court's March 10, 2017 Order, filed on March 14, 2017. (Doc. 26). In its Notice, the government clarifies certain facts provided to the Court and relied upon by the Court in its March 10, 2017, Order Granting Revocation of Release. (Doc. 24). Specifically, the government notifies the Court as follows:

> [T]he defendant did not admit to the FBI that she crafted a cover story for her husband. While the defendant did contrive a cover story 'to be used by both herself and Mateen in the event Mateen's mother inquired about his whereabouts the evening of the attack,' this fact was not among those she admitted to the FBI.

(Doc. 26, p.1).

The Court has reviewed the government's clarification and finds that the new information does not alter the Court's analysis or conclusions provided in its March 10, 2017, Order Granting Revocation of Release.

**DONE AND ORDERED** in Orlando, Florida, on March 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties